# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS WARNER, | : | 1:20-cv-1758 |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| UNITED NATURAL FOODS, INC., | : | |
| Defendant. | : | |

## ORDER

### January 13, 2021

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant United Natural Foods, Inc.'s Motion to Dismiss, (Doc. 6), is **GRANTED**.

2. Plaintiff's Amended Complaint, (Doc. 4), is **DISMISSED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

<u>/s/ John E. Jones III</u>
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania